**Order entered July 26, 2019**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01530-CV

**IN THE ESTATE OF ROBERTO REFUGIO DE JESUS GONZALEZ BARRERA, DECEASED**

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-14-02697-1**

## ORDER

Before the Court is appellant's July 24, 2019 third motion for extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **August 23, 2019**. *We caution appellant that no further extensions will be granted absent extenuating circumstances.*

/s/    ERIN A. NOWELL
        JUSTICE